**Guttilla Murphy Anderson**
**Ryan W. Anderson** (Ariz. No. 020974)
**Alisan M. B. Patten** (Ariz. No. 009795)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: apatten@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301
Attorneys for Dina L. Anderson, the Chapter 7 Trustee

**Guttilla Murphy Anderson, P.C.**
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Smartcomm, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 2:19-bk-03343-EPB<br>Case No. 2:19-bk-03344-EPB<br>(Substantively Consolidated)<br><br>**TRUSTEE'S MOTION FOR APPROVAL OF SALE OF PERSONAL PROPERTY (BANKRUPTCY ESTATE'S INTEREST IN PREFERRED SPECTRUM INVESTMENTS, LLC)** |

Dina L. Anderson, the Chapter 7 Trustee herein, ("Trustee") respectfully requests an order of this Court approving the sale of the bankruptcy estate's in Preferred Spectrum Investments, LLC ("PSI"), subject to any liens and encumbrances, for a total of $18,500.00 (or $500.00 per membership unit), to PSI, or to any person or entity who presents a higher and better offer at the sale hearing in this matter ("Proposed Purchase Price"), pursuant to 11 U.S.C. § 363(b)(1).

More specifically, the Trustee proposes to sell to PSI any and all of the bankruptcy estate's interest in 8 membership units in PSI, as reflected in a Certificate described *infra*, for a total of $4,000.00, (or $500 per unit), subject to any liens and encumbrances and subject to a higher or better bid at the sale hearing in this matter. In addition, the Trustee proposes to sell to PSI any and all of the bankruptcy estate's interest in 29 membership units in PSI, as reflected in another Certificate described *infra*, for a total of $14,500 (or $500 per unit), subject to any liens and

encumbrances and subject to a higher or total bid at the sale hearing in this matter. Accordingly, the Trustee proposes to sell to PSI any and all of the bankruptcy estate's interest in a total of 37 membership units in PSI.

The Trustee's motion is as follows:

1. Debtor Smartcomm, LLC ("Smartcomm") filed a Voluntary Chapter 7 Bankruptcy Petition, on March 25, 2019. Dina L. Anderson is the duly appointed Chapter 7 Trustee herein.

2. Debtor Smartcomm License Services, LLC ("Smartcomm License") also filed a Voluntary Chapter 7 Bankruptcy Petition, on March 25, 2019.

3. The bankruptcy estates of Smartcomm and Smartcomm License were substantively consolidated by Order of the Bankruptcy Court, on July 31, 2019. (*See* Court Docket Entry "DE" No. 66 in *In re Smartcomm, LLC*, Case No. 2:19-bk-03343-EPB.)

4. In Smartcomm's Bankruptcy Schedule A/B, at section 15.2, filed on March 29, 2019, Smartcomm reported a 10% ownership interest in "Preferred Spectrum Investments, LLC (Debts Exceed Assets)" with an "Unknown" value. (*See* DE No. 8 in *In re Smartcomm, LLC*, Case No. 2:19-bk-03343-EPB.)

5. The Trustee has obtained two documents, one of which purports to show that Smartcomm is the owner of eight units of Preferred Spectrum Investments, LLC ("Certificate 059"), and the other ("Certificate 073") which purports to show that Smartcomm is the owner of twenty-nine units of Preferred Spectrum Investments, LLC. (Collectively, these two documents shall be referred to herein as the "Certificates.")

6. Both Certificates state, under the banner "Preferred Spectrum Investments, LLC," "Total Authorized Issue 300 Class C Units."

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

7. The Trustee also obtained two documents that were entitled, in part, "Subscription Agreement of Preferred Spectrum Investments, LLC, a Delaware Limited Liability Company for Class C units of Limited Liability Company Membership Interest" and both are numbered 010175. One of the documents, at page 15, is dated July 2, 2013, and refers to Smartcomm as a "Subscriber" and states that the number of Class C Units is 8. The other document, at page 15, is dated November 1, 2013, and refers to Smartcomm as a "Subscriber" and states that the number of Class C Units is 29. (Collectively, these two documents may be referred to herein as the "Subscription Agreements.")

8. Dr. David Mellish has advised the Trustee that he is the current president of PSI and has been acting in that capacity for approximately six years. He also advised the Trustee that the current controlling Operating Agreement for PSI is entitled "Limited Liability Company Agreement of Preferred Spectrum Investments, LLC" and is dated March 20, 2009 ("PSI Operating Agreement"). Further, Dr. Mellish has advised the Trustee that the PSI Operating Agreement was never amended nor restated.

9. Dr. David Mellish has advised the Trustee that all members, and their current mailing addresses, are reflected in the mailing certificate of this motion.

10. It is the Trustee's position that, under the terms of the PSI Operating Agreement, PSI has the first right to purchase the membership units at issue for fair market value; if PSI does not exercise its option, then any member(s) of PSI may exercise their option to purchase the membership units at issue for fair market value; and if no member of PSI exercises his/her option to purchase the membership units at issue for fair market value, then the membership units may be sold to any non-member of PSI, as approved by the Court, for fair market value.

Gutilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

11. Paragraph 8.6 of the PSI Operating Agreement states that "[i]n the event a Member's Interest is transferred by operation of law, including, but not limited to, execution of judgment, or on the divorce or Bankruptcy of the Member, or in violation of this Agreement, the transferee shall not be entitled to become a substituted Member, and shall have only the rights of an assignee of an interest in the Company to receive the Distributions to which the transferor would otherwise have been entitled, but in no event shall such transferee be entitled to participate in the management of the Company or to vote as a Member hereunder."

12. It is the Trustee's position that the fair market value of the membership units at issue should be determined by the bid made by PSI unless a higher or better bid is offered. The highest or best bid offered at the sale hearing, as determined by the Court, should establish the fair market value of the membership units at issue.

13. The Trustee recommends that any higher or better bids than that offered by PSI, as set forth herein, be made in increments of $1,000.00.

14. Pursuant to 11 U.S.C. § 541(a), any and all legal and equitable interests of Smartcomm, as of the Petition Date, is property of the bankruptcy estate herein. This includes all legal and equitable interests of Smartcomm in PSI.

15. Copies of the two Subscription Agreements described earlier, the two Certificates described earlier, and the PSI Operating Agreement described earlier, will be made available for inspection, subject to any privacy redactions, upon written request to undersigned counsel made no later than 5 business days prior to the sale in this matter.

16. Upon approval of the sale of Smartcomm's interest in PSI, the Trustee will provide a written assignment of the bankruptcy estate's interests in the membership units to the court-approved purchaser, or will sign the back of the Certificate(s), as requested by the purchaser.

**Gutilla Murphy Anderson, P.C.**
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

17. The Trustee believes that the Proposed Purchase Price with the terms and conditions, as set forth below, represents the fair market value of the bankruptcy estate's interest in PSI and that the sale of this interest for the Proposed Purchase Price is in the best interest of the bankruptcy estate. Based upon facts currently known, it does not appear that PSI is an insider of Debtor as that term is defined in 11 U.S.C. § 101(31). However, facts could develop to indicate otherwise. [1]

**Sale of Property**

18. The Trustee has agreed to accept the opening bid of $18,500.00 (or $500.00 per unit) for the bankruptcy estate's membership interest in PSI, based upon the following terms:

a. The bid of $18,500.00 (or $500.00 per unit) is subject to higher or better bids;

b. Higher bids must be made in increments of at least $1,000.00;

c. PSI has the right to exercise its option to match, or exceed, the highest or best bid made at the sale hearing; if PSI declines to match or exceed the highest or best bid made at the sale hearing, then any member of PSI may offer to match or exceed the highest or best bid made at the sale hearing; only if PSI or no member of PSI offers to match or exceed the highest or best bid made at the sale hearing, will a non-PSI-member bidder making the highest or best bid be approved as the purchaser of the bankruptcy estate's interest in PSI.

[1] It is noted that PSI and Debtors shared an address at some time period according to information at the Arizona Corporation Commission. Further, Carol Downs is shown as a manager of debtor Smartcomm License Services, LLC and as a member/manager of debtor Smartcomm, LLC according to information at the Arizona Corporation Commission, and is a current member of PSI according to the membership list provided to the Trustee as reflected in the mailing certificate in this motion.

Gutilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

d. The Trustee will accept the highest or best offer received at the sale, as approved by the Bankruptcy Court, subject to 18(c), *supra*.

e. The sale of the interests of the bankruptcy estate in PSI comes with no warranties or representations whatsoever by the Trustee; and

f. The winning bidder must pay the full sale price approved by the Court, at the sale hearing in this matter, directly to the Chapter 7 Trustee within five business days from the date of entry of the Order on the sale. The purchase price is to be paid by cashier's check, or a certified check, made payable to: "Dina L. Anderson, Chapter 7 Trustee, In re Smartcomm, LLC." The check should be mailed to the Trustee at the following address:

Ms. Dina L. Anderson
Chapter 7 Trustee
21001 N. Tatum Blvd., Ste. 1630-608
Phoenix, AZ 85050

19. The Trustee believes that the fair value of the bankruptcy estate's interest in PSI will be determined by the highest or best bid at the sale in this matter and will generate equity for the benefit of the bankruptcy estate. Accordingly, the sale of bankruptcy estate's interest in PSI to PSI or any other purchaser approved by the Court, upon the terms and conditions set forth herein, is in the best interest of the bankruptcy estate.

20. Any sale made will be made pursuant to 11 U.S.C. § 363(b)(1) and will be subject to any and all liens and encumbrances.

21. Any objection to the terms of this sale, as earlier described, by anyone with standing to make such objection, must be made in writing. The objection must be filed with the Court with a copy delivered to undersigned counsel for the Trustee, at least 5 business days prior to the sale

Gutilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

hearing. Any objection to the sale, or terms of the sale, which is not timely filed should be deemed waived by the Court.

**Request for Waiver of Stay of Rule 6004(h)**

22. The Trustee requests that the fourteen (14) day stay, under Rule 6004(h), Fed. R. Bankr. P., be waived.

**Request for finding of good faith within the meaning of 11 U.S.C. § 363(m)**

23. The Trustee requests that the purchaser approved by the Court be determined to be a good faith purchaser entitled to the protections provided under 11 U.S.C. § 363(m).

**Conclusion**

WHEREFORE, the Trustee respectfully requests an order of this Court:

1. Approving the sale of the bankruptcy estate's interest in PSI, to PSI, as earlier described, based upon the conditions set forth, *supra*, and for any other relief requested herein;
2. Alternatively, approving a higher and better offer that may be submitted at the sale of the bankruptcy estate's interest in PSI, subject to the same or better terms and conditions offered by PSI and subject to the conditions earlier set forth, *supra*;
3. Requiring that any higher bidding at the hearing on the sale of the bankruptcy estate's interest in PSI to begin in increments of at least $1,000.00;
4. Approving the second highest and best offer submitted at the sale, if any, as a backup offer that the Trustee may accept in the event the highest and best offer accepted at the sale is not timely paid to the Trustee;
5. Authorizing the Trustee to sign the Certificates following receipt of the purchase funds;

Gutilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

6. Requiring that any objection to the terms of the sale described herein that is not made in writing, filed with the Court with a copy delivered to undersigned counsel for the Trustee, at least 5 business days prior to the sale hearing, will be deemed waived;

7. Waiving the 14-day stay pursuant to Bankruptcy Rule 6004(h);

8. Finding that the purchaser is a good faith purchaser for purposes of 11 U.S.C. § 363(m); and

9. For such other and further relief as is just and proper.

Respectfully submitted this 21st day of January, 2020.

GUTTILLA MURPHY ANDERSON, P.C.

/s/ _*Alisan M. B. Patten*
Alisan M. B. Patten
Attorneys for the Chapter 7 Trustee

Copy of the foregoing mailed,
and emailed where indicated,
on January 21, 2020, to:

Smartcomm, LLC
2111 E. Highland Avenue, Suite 305
Phoenix, AZ 85016
*Debtor*

Harold E. Campbell
Campbell & Coombs, PC
1811 S. Alma School Rd, Ste. 225
Mesa, AZ 85210
*Counsel for the Debtors*

Dr. David J. Mellish
PO Box 826
Williamstown, NJ 09094
drmellish@mellisheye.com
*President, PSI, LLC*

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

Preferred Spectrum Investments, LLC.
2111 E. Highland Ave.
Phoenix, AZ 85016

Preferred Spectrum Investments, LLC
3131 E. Camelback Rd. #450
Phoenix, AZ 85016

Preferred Spectrum Investments LLC
The Corporation Trust Company
1209 Orange St.
Wilmington DE 19870

Warren J. Stapleton
Osborn Maledon, P.A.
2929 N. Central Ave.
21st Floor
Phoenix, AZ 85012
wstapleton@omlaw.com
*Attorneys for Vertical Ventures II, LLC*

Lance R. Broberg
Timothy C. Bode
Tiffany & Bosco, P.A.
2525 East Camelback Rd., 7th Floor
Phoenix, AZ 85016
lrb@tblaw.com
tcb@tblaw.com
*Attorneys for David Alcorn PC, David Alcorn and Elizabeth Alcorn*

Thomas E. Littler
Littler, P.C.
341 W. Secretariat Dr.
Phoenix, AZ 85284
telittler@gmail.com
*Attorneys for Janus Spectrum, LLC*

Dean M. Dinner
Kutak Rock LLP
8601 N. Scottsdale Road, Suite 300
Scottsdale, AZ 85253
Dean.dinner@kutakrock.com
*Attorneys for Iota Networks, LLC*

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

Dean M. Dinner
Kutak Rock LLP
8601 N. Scottsdale Road, Suite 300
Scottsdale, AZ 85253
*Attorneys for Carole Downs*

Stuart D. Gavzy
8171 East Del Barquero Drive
Scottsdale, AZ 85258
stuart@gavzylaw.com
*Attorney for creditor Rosyland Ott*

Rob Somers
SVP & General Counsel
IOTA
2111 E. Highland Ave., Suite 305
Phoenix, AZ 85016
Rsomers@iotacommunications.com

Nancy Menn
Managing Partner
222 LLP
714 S. Summit St.
Appleton, WI 54914

GueyShiang Hsieh
3965 Whistle Train Road
Brea, CA 92823
*Creditor*

Nancy Menn
222 LLP
714 S. Summit St.
Appleton, WI 54914
*Creditor*

Nancy Menn
Managing Member
Menn Ventures, LLC
714 S. Summit St.
Appleton, WI 54914
*Creditor*

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

Connie D. Mixion
5 Alta Tree Ct.
Johnson City, TN 37604
*Creditor*

Sallie Rueggeberg
1329 Milledge Road
Augusta, GA 30904
*Creditor*

Frederick A. Rueggeberg
1329 Milledge Road
Augusta, GA 30904
*Creditor*

Sallie Rueggeberg
Managing Member
MR2 Rockett, LLC
1329 Milledge Road
Augusta, GA 30904
sallierue@yahoo.com
*Creditor*

John C. Adkins
32213 Chippewa Avenue
Deland, FL. 32720
*Member, PSI, LLC*

Linda Allen
285 Poinsettia Avenue
Vista, CA. 92083
*Member, PSI, LLC*

Dana W. Amato
3132 E. Higland Avenue
Phoenix, AZ 85016
*Member, PSI, LLC*

Narayana Bellamkonda
24 35th Avenue NW
Gig Harbor, WA 98335
*Member, PSI, LLC*

Tara Bellamkonda
809 Olive Way, Apt. 2509
Seattle, WA. 98101

**Guttilla Murphy Anderson, P.C.**
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

*Member, PSI, LLC*

Narayana Bellamkonda
809 Olive Way, Apt. 2509
Seattle, WA. 98101
*Member, PSI, LLC*

David Bethune
7753 E. Whisper Rock Trail
Scottsdale, AZ 85266
*Member, PSI, LLC*

Sylvia Bethune
7753 E. Whisper Rock Trail
Scottsdale, AZ 85266
*Member, PSI, LLC*

M. Preston Billings
118 Pinionwood Court
Richland, WA 99352
*Member, PSI, LLC*

David Bishop
1933 Carmen Avenue
Los Angeles, CA. 90068
*Member, PSI, LLC*

Ronald W. Black
1101 N. Lake Destiny Road, Suite 475
Maitland, FL. 32751
*Member, PSI, LLC*

Eric Brown
4553 E. Palomino Rd.
Phoenix, AZ 85018
*Member, PSI, LLC*

Emmett Capper
6321 St. James Drive
West Bloomfield, MI. 48322
*Member, PSI, LLC*

David Coelho
25325 SW. Perrydale Road
Amity, OR. 97101
*Member, PSI, LLC*

**Guttilla Murphy Anderson, P.C.**
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

Timothy Conrads
75 S. Pronghorn Road
Boise, ID 83716
*Member, PSI, LLC*

Robin Conrads
75 S. Pronghorn Road
Boise, ID 83716
*Member, PSI, LLC*

Douglas Cook
16310 Fallkirk Drive
Dallas, TX. 75248
*Member, PSI, LLC*

Shannon Downs
4732 N. Dromedary Road
Phoenix, AZ 85018
*Member, PSI, LLC*

Carole Downs
3712 E. Highland Avenue
Phoenix, AZ 85018
*Member, PSI, LLC*

Richard Ducci
25 Sky View Drive
Avon, CT. 06001
*Member, PSI, LLC*

Judith Ducci
25 Sky View Drive
Avon, CT. 06001
*Member, PSI, LLC*

Mike Duringer
3955 Nature Trail
Reno, NV. 89511
*Member, PSI, LLC*

Richard C. Fairchild
P.O. Box 5798
Lake Worth, FL. 33466
*Member, PSI, LLC*

**Guttilla Murphy Anderson, P.C.**
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

Gregory Ferguson
26215 N. 46th Street
Phoenix, AZ. 85050
*Member, PSI, LLC*

Ed Friz
4 Wayne Lane
Hawthorn Woods, IL. 60047
*Member, PSI, LLC*

Bryan Gras
76 Coyote Trail
Higganum, CT. 06441
*Member, PSI, LLC*

Kristen Gras
76 Coyote Trail
Higganum, CT. 06441
*Member, PSI, LLC*

James Griffith
45 Tealwood
Shreveport, LA. 71114
*Member, PSI, LLC*

James Herrick
1104 Amelia Place
Escondido, CA. 92026
*Member, PSI, LLC*

John Herrick
29528 Platanus Drive
Escondido, CA. 92026
*Member, PSI, LLC*

Kamala Hill
2790 Amberly Road
Bloomfield, MI. 48301
*Member, PSI, LLC*

Narayana Bellamkonda
2790 Amberly Road
Bloomfield, MI. 48301
*Member, PSI, LLC*

Marilyn Huckins

**Gutilla Murphy Anderson, P.C.**
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

140 Island Way #330
Clearwater, FL 33767
*Member, PSI, LLC*

Lee Jones
8 Lakeshore Circle
Lake St. Louis, MO 63367
*Member, PSI, LLC*

David Kalin
PO Box 2396
Oldsmar, FL. 34677
*Member, PSI, LLC*

Michael J. Keene
200 Keene Farm Lane
Stevensville, MD 21666
*Member, PSI, LLC*

Jerry Kittelson
2818 Center Lake Drive
Spirit Lake, Iowa 51360
*Member, PSI, LLC*

Pearl Kittelson
2818 Center Lake Drive
Spirit Lake, Iowa 51360
*Member, PSI, LLC*

Dr. Peter Y. Lee
15001 N. 15th Drive
Phoenix, AZ 85023
*Member, PSI, LLC*

Dr. Joseph Leedy
535 Vista Bella
Oceanside, CA. 92057
*Member, PSI, LLC*

Bo Li
102 Rising Hill Ridge
Brampton Ontario L6Y 6B2
*Member, PSI, LLC*

Allan Linderman
3275 Erinlea Ave.

**Guttilla Murphy Anderson, P.C.**
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

Newbury Park, Ca. 91320
*Member, PSI, LLC*

Donald Lindsay
407 S. Lakeside Drive #1
Lake Worth, FL. 33460
*Member, PSI, LLC*

Cu Tu Lu
5468 N. Barcus Avenue
Fresno, CA 93722
*Member, PSI, LLC*

Lyle Matsuo
6700 Kalanianaole Highway, #202
Honolulu, HI 96825
*Member, PSI, LLC*

Jerome McNellis
3631 Nagawicka Shores Dr.
Hartland, WI 53029
*Member, PSI, LLC*

Sharon McNellis
3631 Nagawicka Shores Dr.
Hartland, WI 53029
*Member, PSI, LLC*

Dr. David J. Mellish
PO Box 826
Williamstown, NJ 08094
*Member, PSI, LLC*

Shirley M. Mellish
PO Box 826
Williamstown, NJ 08094
*Member, PSI, LLC*

Christopher E. Mellish
PO Box 826
Williamstown, NJ 08094
*Member, PSI, LLC*

Jeffrey R. Mellish
PO Box 826
Williamstown, NJ 08094

*Member, PSI, LLC*

Kevin A. Mellish
PO Box 826
Williamstown, NJ 08094
*Member, PSI, LLC*

Jennifer K. Mellish
PO Box 826
Williamstown, NJ 08094
*Member, PSI, LLC*

Mark Musaraca
750 Pembridge Place
Sugar Grove, IL 60554
*Member, PSI, LLC*

James Ogorek
9460 Lantern Bay Circle
West Palm Beach, FL. 33411
*Member, PSI, LLC*

Linda Webb
9460 Lantern Bay Circle
West Palm Beach, FL. 33411
*Member, PSI, LLC*

Mary Ann Parsons
1829 Senate Street, 19-B
Columbia, SC 29201
*Member, PSI, LLC*

David Rosenthal
6159 Arlington Way
Ft. Pierce, FL. 34951
*Member, PSI, LLC*

Rosaline Ruiz-Go
335 Legare Court
Jupiter, FL. 33458
*Member, PSI, LLC*

Edward J. Schaerer
209 S. Palmway
Lake Worth, FL 33460
*Member, PSI, LLC*

**Gutilla Murphy Anderson, P.C.**
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

Darren Sinopoli
16735 Bay Club Drive
Clermont, FL. 34711
*Member, PSI, LLC*

Larry D. Smith
8650 Summerlin Place
Longmont, CO. 80503
*Member, PSI, LLC*

Lane Spero
32 Hoffman Road
Canton, CT. 06019
*Member, PSI, LLC*

Michele Weinberg
32 Hoffman Road
Canton, CT. 06019
*Member, PSI, LLC*

John Talcott III
48 Main Street
Talcottville, CT. 06066
*Member, PSI, LLC*

Dorothea J. Talcott
48 Main Street
Talcottville, CT. 06066
*Member, PSI, LLC*

John Talcott III
48 Main Street
Talcottville, CT. 06066
*Member, PSI, LLC*

Richard Thayer
2034 Alessandro Trail
Vista, CA. 92084
*Member, PSI, LLC*

Mary Thayer
2034 Alessandro Trail
Vista, CA. 92084
*Member, PSI, LLC*

Gutilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

Blaise Thompson
4619 E. Tierra Buena Lane
Phoenix, AZ 85032
*Member, PSI, LLC*

Alan Tresemer
P.O. Box 15438
Seattle, WA. 98115
*Member, PSI, LLC*

Ronald Trinchitella
471 N. Estes Way
Mountain House, CA. 95391
*Member, PSI, LLC*

Billie Jean Trinchitella
471 N. Estes Way
Mountain House, CA. 95391
*Member, PSI, LLC*

Frances Ueunten
2026 Ualakaa Street
Honolulu, HI 96822
*Member, PSI, LLC*

Lyle L. Wells
1751 W. Boling St.
Anaheim, CA. 92804
*Member, PSI, LLC*

Mary Wells
1751 W. Boling St.
Anaheim, CA. 92804
*Member, PSI, LLC*

Carl N. Zenz
S. 75 W. 20937 Field Dr.
Muskego, WI. 53150
*Member, PSI, LLC*

JianXin Zhang
60 Wilson Way, Spc. 150
Milpitas, CA. 95035
*Member, PSI, LLC*

**Gutilla Murphy Anderson, P.C.**
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

Office of the United States Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706

/s/ *Joanellen Campanaro*__
2754-001(385415)

**Guttilla Murphy Anderson, P.C.**
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300